374 A.2d 1277

COMMONWEALTH of Pennsylvania

v.

James TAYLOR, Appellant.

Supreme Court of Pennsylvania.

Argued March 8, 1977.

Decided July 8, 1977.

Lester G. Nauhaus, John R. Cook, Paulette J. Balogh, Asst. Pub. Defender, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Charles W. Johns, Asst. Dist. Attys., Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed. See *Commonwealth v. Taylor*, 473 Pa. 400, 374 A.2d 1274 (1977), which disposes of the same issues as those presented in the instant case, although with respect to a conviction for another criminal homicide.